Pauline Barrett, Individually and as Administratrix de bonis non of the Estate of Henry White, Deceased, Plaintiff-Appellee, v. Martha E. Carter and Everett J. Hill, Defendants-Appellants.

Gen. No. 48,609.

First District, Third Division.

February 13, 1963.

Robert L. Huttner, and Martin S. Gordon, of Chicago (Robert L. Huttner, of counsel), for appellants; A. M. Burroughs, of Chicago, for appellee. Opinion by MR. JUSTICE SCHWARTZ. Not to be published in full.